David C. Bohrer (SBN 212397)
CONFLUENCE LAW PARTNERS
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 971-4332
dbohrer@confluencelaw.com

Attorneys for Defendants
RAMMOHAN MALASANI, DBII NETWORKS, INC and DBII NETWORKS, LTD.

*E-FILED - 7/9/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RAMMOHAN MALASANI, individually, DBII NETWORKS, IND., a Delaware corporation, and DBII NETWORKS, LTD, a Hong Kong corporation,<br><br>Defendants. | No. 5:09-cv-00237-RMW<br><br>**AMENDED STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2(b) and 7-12, plaintiff Ubiquiti Networks, Inc. and defendants Rammohan Malasani, DBII Networks, Inc. and DBII Networks, Ltd. ("defendants") make the following amended[1] stipulated request to continue Initial Case Management Conference from July 10, 2009 to July 31, 2009, with corresponding changes in related deadlines, as follows:

1. The initial case management conference is currently scheduled for July 10, 2009. *See* Order Setting Initial Case Management Conference and ADR deadlines [Dkt. 3], dated January 20, 2009.

2. Defendants have recently substituted David Bohrer and Confluence Law Partners ("CLP") as

---

[1] The only amendment to the original Stipulated Request [Dkt. 31] is the correction of the name and address of defendant's counsel on the first page.

-1-

1  their new attorneys.

2  3. On June 24, 2009, defendants' new counsel, David Bohrer, initiated a telephone conference with
3  plaintiff's counsel, David Burtt, advising that CLP had been engaged by defendants, and
4  expressing the concern that there was not sufficient time under the current schedule to collect
5  and review documents, formulate proposed schedules or otherwise engage in meaningful
6  discussions regarding case schedule, discovery plan and ADR as required by the rules. Bohrer
7  therefore proposed the continuation of the Initial Case Management Conference to July 31,
8  2009, the same date as the hearing on plaintiffs' motion to strike affirmative defenses [see Dkt.
9  28], with other deadlines adjusted accordingly. Burtt agreed to the proposal.

10 4. The parties therefore request the continuation of the Initial Case Management Conference from
11 July 10, 2009 to July 31, 2009 at 9 a.m. Per the Court's Order Setting Initial Case Management
12 Conference and ADR deadlines [Dkt. 3 at 2], upon the continuation of the initial case
13 management conference, "the other deadlines are continued accordingly."

**SO STIPULATED.**

DATED: June 30, 2009

CONFLUENCE LAW PARTNERS.

By ____/s/____
David C. Bohrer
On behalf of Defendants Rammohan
Malasani, DBII Networks, Inc. and DBII
Networks, Ltd.

DATED: June 30, 2009

RAO ONGARO BURTT & TILIAKOS LLP

By ____/s/____
David R. Burtt
On behalf of Plaintiff Ubiquiti Networks,
Inc.

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED: 7/9/09

*Ronald M. Whyte*
JUDGE