David C. Bohrer (SBN 212397)
CONFLUENCE LAW PARTNERS
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 971-4332
dbohrer@confluencelaw.com

Attorneys for Defendants
RAMMOHAN MALASANI, DBII NETWORKS, INC and DBII NETWORKS, LTD.

*E-FILED - 7/16/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RAMMOHAN MALASANI, individually, DBII NETWORKS, INC., a Delaware corporation, and DBII NETWORKS, LTD, a Hong Kong corporation,<br><br>Defendants. | No. 5:09-cv-00237-RMW<br><br>STIPULATED REQUEST (1) TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO UBIQUITI'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND (2) FOR LEAVE TO AMEND RESPONSIVE PLEADING AND [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rules 6-2, 7-3 and 7-12, defendants Rammohan Malasani, Dbii Networks Inc. and Dbii Networks Ltd. (collectively "Dbii"), with the stipulation of plaintiff Ubiquiti Networks, Inc. ("Ubiquiti"), make the following stipulated request to (a) continue the hearing on Ubiquiti's Motion to Strike Affirmative Defenses from July 31, 2009 to August 21, 2009, with corresponding changes in related deadlines, and (b) for leave to amend defendants' responsive pleading to the First Amended Complaint on or before July 31, 2009, as follows:

1. Hearing on plaintiff's Motion to Strike Affirmative Defenses is currently set for July 31, 2009. [Docket # 28].

2. Dbii recently substituted David Bohrer and Confluence Law Partners ("CLP") as their attorneys in this matter on June 29, 2009. [Docket #29-30].

3. On July 9, 2009, Michael Warner Kallus, an attorney for CLP, initiated a telephone call with plaintiff's counsel, David Burtt, regarding Dbii's opposition to the Motion to Strike Affirmative Defenses, which is due July 10, 2009 under the current schedule. Kallus advised that Dbii's new counsel had not had sufficient time to prepare the necessary briefing to oppose the Motion to Strike and suggested that Dbii may be able to resolve the issues raised in the Motion to Strike by filing an amended responsive pleading to the First Amended Complaint. In response, Burtt proposed both a three (3) week extension of time for the hearing, and associated filing deadlines, which would allow Dbii to file an amended responsive pleading to the First Amended Complaint on or before July 31, 2009 - the deadline for Dbii's opposition to the Motion to Strike assuming the hearing is continued. Burtt's thinking was that if defendants' amended responsive pleading cured the alleged deficiencies in the affirmative defenses, the Motion to Strike could be rendered moot. If not, Ubiquiti's Motion would remain on calendar.

4. The parties therefore request the continuation of the hearing on the Motion to Strike Affirmative Defenses from July 31, 2009 to August 21, 2009, with all applicable deadlines continued accordingly, and for leave to file an amended responsive pleading to the First Amended Complaint.

**SO STIPULATED.**

DATED: July 10, 2009.                                   CONFLUENCE LAW PARTNERS

                                                        By ____/s/_____
                                                            David C. Bohrer
                                                            On behalf of Defendants Rammohan
                                                            Malasani, DBII Networks, Inc. and DBII
                                                            Networks, Ltd.

1  DATED: July 10, 2009

RAO ONGARO BURTT & TILIAKOS LLP

By ____/s/____
David R. Burtt
On behalf of Plaintiff Ubiquiti Networks, Inc.

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: 7/16/09

*Ronald M. Whyte*
JUDGE

\*The Court also continues the Case Management Conference from July 31, 2009 to August 21, 2009 @ 10:30 a.m.

STIPULATED ORDER
Case No. 5:09-cv-00237-RMW