1  David C. Bohrer (SBN 212397)
   CONFLUENCE LAW PARTNERS
2  Sixty South Market Street, Suite 1400
   San Jose, California 95113-2396
3  Telephone: (408) 938-3882
   Facsimile: (408) 971-4332
4  dbohrer@confluencelaw.com

5  Attorneys for Defendants
   RAMMOHAN MALASANI, DBII                    ***E-FILED - 10/28/09***
6  NETWORKS, INC. and DBII
   NETWORKS, LTD.

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  UBIQUITI NETWORKS, INC., a          No. 5:09-cv-00237 – RMW PVT
    California corporation,
13                                      STIPULATION TO DISMISS WITH
                        Plaintiff       PREJUDICE AND XXXXXXX ORDER
14
           vs.
15
    RAMMOHAN MALASANI,
16  individually, DBII NETWORKS, INC., a
    Delaware corporation, and DBII
17  NETWORKS, LTD., a Hong Kong
    corporation,
18
                        Defendants.
19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff Ubiquiti Networks, Inc.

21  and defendants Rammohan Malasani, DBII Networks, Inc. and DBII Networks, Ltd. ("defendants"),

22  by and through their attorneys of record, as follows:

23

24       1.      This entire action shall be dismissed with prejudice as to all parties.

25

26       2.      Plaintiff and defendants, and each of them, shall bear their own costs, fees and

    expenses incurred in connection with this action.
27
    SO STIPULATED.
28

                                      -1-

1    DATED: October 22, 2009

2                                              CONFLUENCE LAW PARTNERS.

3

4                                              By
                                               David C. Bohrer
5                                              On behalf of Defendants Rammohan
                                               Malasani, DBII Networks, Inc. and DBII
6                                              Networks, Ltd.

7    DATED: October 23, 2009

8                                              RAO ONGARO BURTT & TILIAKOS LLP

9                                              By
                                               David R. Burtt
10                                             On behalf of Plaintiff Ubiquiti Networks,
                                               Inc.

11

12

13       Pursuant to Stipulation, **IT IS SO ORDERED.**

14

15   DATED:  ___10/28/09___

16                                             _Ronald M. Whyte_

17                                             JUDGE OF UNITED STATES DISTRICT
                                               COURT, NORTHERN DISTRICT OF
18                                             CALIFORNIA

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION TO DISMISS WITH PREJUDICE AND [ XXXXX ] ORDER
Case No. 5:09-cv-00237-RMW PVT **(EXHIBIT B TO CONFIDENTIAL SETTLEMENT AGREEMENT)**